IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CR-252-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| LANDRAIL M. DAVIS, | ) | |
| | ) | |
| Defendant. | ) | |

As stated in open court, the court gives notice that it is considering an upward departure under U.S.S.G. § 4A1.3(a)(1). See Fed. R. Crim. P. 32(h).

SO ORDERED. This **29** day of August 2016.

                                                  JAMES C. DEVER III
                                                  Chief United States District Judge