IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO. 5:15-CR-252-D-2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | ORDER GRANTING |
| v. | ) | MOTION TO SEAL |
| | ) | |
| | ) | |
| LANDRAIL M. DAVIS | ) | |

This matter comes before the Court on the motion (DE 92) of Defendant Landrail M. Davis to seal his supplemental sentencing memorandum (DE 91). Having considered the motion and other matters of record, the Court finds that sealing is necessary to give effect to Local Criminal Rule 32.2(j), and therefore the motion to seal should be GRANTED.

IT IS SO ORDERED.

This the 2 day of October 2016.

James C. Dever, III
Chief United States District Judge